No. 92–641.  NOBELMAN ET UX. *v.* AMERICAN SAVINGS BANK ET AL.  C. A. 5th Cir.  Certiorari granted.

No. 91–8718.  WHITE *v.* UNITED STATES; and
No. 92–5092.  KELLEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 953 F. 2d 1344.

No. 92–184.  ROBINSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–271.  ADAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–337.  PERKINS ET AL. *v.* GENERAL MOTORS CORP. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–385.  OSCAR ET AL. *v.* UNIVERSITY STUDENTS COOPERATIVE ASSN.; and
No. 92–561.  SPINOSA *v.* UNIVERSITY STUDENTS COOPERATIVE ASSN.  C. A. 9th Cir.  Certiorari denied.  Reported below: 965 F. 2d 783.

No. 92–389.  CHENEY, SECRETARY OF DEFENSE, ET AL. *v.* PRUITT.  C. A. 9th Cir.  Certiorari denied.

No. 92–426.  LOEHR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–462.  GANNON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–475.  RESHA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–556.  U. A. LOCAL 38 CONVALESCENT TRUST FUND ET AL. *v.* BRADEN ET AL.  C. A. 9th Cir.  Certiorari denied.